

1301 Avenue of the Americas
25th Floor
New York, NY US 10019

212) 812-0400 main
(212) 812-0399 fax

James M. Gross
212.812.0422 direct
jgross@foleyhoag.com

February 19, 2026

**<u>Via E-mail</u>**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse 40 Foley Square
New York, NY 10007

        Re:    ***Berenson v. Trump*, No. 25-2709**
                **Local Rule 31.2 scheduling notification**

Dear Ms. O'Hagan Wolfe:

    Pursuant to Local Rule 31.2(a)(1)(B), appellee Robert Flaherty respectfully requests that the deadline for his appellee's brief be Monday, May 11, 2026, which is within 91 days after the filing of appellant's principal brief.

    Thank you for your attention to this matter.

                Respectfully submitted,

                <u>/s/ James M. Gross</u>
                James M. Gross

Cc: All Counsel of Record (via ACMS)