

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 24, 2026

By Electronic Filing

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Berenson v. Trump*, Docket No. 25-2709

Dear Ms. Wolfe:

  Pursuant to this Court's Local Rule 31.2(a), defendants-appellees President Donald Trump, the United States of America, and the Surgeon General of the United States respectfully request a deadline of May 11, 2026, for the filing of their brief in the above-named appeal. This date is 91 days from the date appellant's brief was filed.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

    By:  /s/ Alyssa B. O'Gallagher
       ALYSSA B. O'GALLAGHER
       Assistant United States Attorney
       Telephone: (212) 637-2822
       Email: alyssa.o'gallagher@usdoj.gov