25-2709

UNITED STATES COURT OF APPEALS

for the

SECOND CIRCUIT

ALEX BERENSON,

     *Plaintiff-Appellant*,

v.

DONALD J. TRUMP, et al.,

     *Defendants-Appellees*.

STIPULATION OF DISMISSAL

Pursuant to Fed. R. App. P. 42(b)(1), Plaintiff-Appellant Alex Berenson ("Mr. Berenson") and Defendant-Appellee Robert Flaherty, in his individual capacity ("Mr. Flaherty") hereby enter this Stipulation of Dismissal with prejudice. Mr. Berenson shall bear any court costs or fees due and Mr. Berenson and Mr. Flaherty shall bear their own attorney's fees. Mr. Berenson's claims against any of the remaining Defendants in this case remain.

1

Respectfully submitted, this 8th day of May, 2026.

By: _____

James R. Lawrence, III
Envisage Law
PO Box 30099
Raleigh, NC 27622
E-mail: jlawrence@envisage.law
Phone: (919) 268-8998
Fax:    (984) 212-5164

*Attorney for Plaintiff-Appellant Alex Berenson*

By: _____

James M. Gross
Foley Hoag, LLP
1301 Ave. of the Americas
New York, NY 10019
Email: jgross@foleyhoag.com
Phone: (212) 814-0422
Fax:    (212) 812-0399

Adam Safwat (admission pending)
Greg Craig
Foley Hoag LLP
1717 K Street, NW
Washington, D.C.  20006
Email:  asafwat@foleyhoag.com
Phone: (202) 261-7372

*Attorneys for Defendant-Appellee Robert Flaherty*