25-2709

UNITED STATES COURT OF APPEALS

for the

SECOND CIRCUIT

ALEX BERENSON,

     *Plaintiff-Appellant*,

v.

DONALD J. TRUMP, et al.,

     *Defendants-Appellees*.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. App. P. 42(b)(1), Plaintiff-Appellant Alex Berenson ("Mr. Berenson") and Defendant-Appellee Vivek Murthy, in his individual capacity ("Dr. Murthy"), hereby enter this Stipulation of Dismissal. Mr. Berenson shall bear any court costs or fees due and Mr. Berenson and Dr. Murthy shall bear their own attorney's fees. Mr. Berenson's claims against any of the remaining Defendants in this case remain.

1

Respectfully submitted, this 11th day of May, 2026.

By: _____
James R. Lawrence, III
Envisage Law
PO Box 30099
Raleigh, NC 27622
E-mail: jlawrence@envisage.law
Phone: (919) 268-8998
Fax:     (984) 212-5164

*Attorney for Plaintiff-Appellant Alex Berenson*

By: _____
Joseph R. Palmore
Morrison & Foerster LLP
2100 L Street NW, Suite 900
Washington, DC 20037
E-mail: JPalmore@mofo.com
Phone: (202) 887-6940

*Attorney for Defendant-Appellee Vivek Murthy, M.D.*