UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Alex Berenson,<br><br>          Plaintiff-Appellant,<br><br>v.<br><br>Donald Trump, President of the United States, in his official capacity, Robert Flaherty, Director of Digital Strategy at the White House, in his official capacity, Vivek H. Murthy, Surgeon General of the United States, in his official capacity, United States of America, Scott Gottlieb, M.D., former FDA Commissioner and member of the Board of Directors of Pfizer, Inc., Albert Bourla, Ph.D., D.V.M. Chief Executive Officer of Pfizer, Inc.,<br><br>          Defendants-Appellees, | **STIPULATION**<br>Docket Number: 25-2709 |

       The undersigned counsel for the parties stipulate pursuant to FRAP 42(b) that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees as to Appellees the United States and Donald Trump and the Surgeon General of the United States, to the extent those individuals are sued in their official capacities.

Date: May 11, 2026

Attorney for Official-Capacity Federal Appellees
Alyssa B. O'Gallagher, Assistant U.S. Attorney
U.S. Attorney's Office, Southern District of New York

Date: May 11, 2026

Attorney for Appellant
James R. Lawrence III
Envisage Law